# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**CHRISTOPHER MEAHL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-726

[March 16, 2023]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Jill K. Levy, Judge; L.T. Case No. 21-2886MU10A.

Jack A. Fleischman of Fleischman & Fleischman, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Rachael Kaiman, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GERBER, and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***